DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RAYMOND BENJAMIN PEDROZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-147 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| RAYMOND BENJAMIN PEDROZA, | ) | |
| | ) | DATE:  May 18, 2007 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Garland E. Burrell, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 4, 2007 be vacated, and a new Status Conference date of May 18, 2007 at 9:00 a.m. be set.

This continuance is requested because defense counsel is out of the office on medical leave due to her child's recent surgery.

It is further stipulated and agreed between the parties that the period beginning May 4, 2007 through and including May 18, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

```
 1  for defense preparation.  All parties stipulate and agree that this is
 2  an appropriate exclusion of time within the meaning of Title 18, United
 3  States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the
 4  ends of justice to be served by a continuance outweigh the best
 5  interests of the public and the defendant in a speedy trial.
 6  Dated: May 2, 2007                    Respectfully submitted,
 7                                        DANIEL J. BRODERICK
                                          Federal Defender
 8
                                          /s/ Linda Harter
 9                                        LINDA HARTER
                                          Chief Assistant Federal Defender
10                                        Attorney for Defendant
                                          RAYMOND PEDROZA
11
    Dated: May 2, 2007
12                                        MCGREGOR W. SCOTT
                                          United States Attorney
13
                                          /s/ Michelle Rodriguez
14                                        MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney
15
```

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  May 2, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order                    2